**MACDONALD ◆ DEVIN**

ACCEPTED
05-17-01064-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/8/2018 12:23 PM
LISA MATZ
CLERK

Bryan Rutherford
214.651.3305
brutherford@macdonalddevin.com

8 February 2018

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2/8/2018 12:23:07 PM
LISA MATZ
Clerk

*Via eFiling*

Lisa Matz
Clerk of the Court
Court of Appeals
Fifth District of Texas at Dallas
600 Commerce Street, Suite 200
Dallas, Texas 75202

Re:   *SM Architects, PLLC and Roger Stephens v. AMX Veterans Specialty Services, PLLC*;
      Court of Appeals No. 05-17-01064-CV; in the Fifth Court of Appeals, Dallas County,
      Texas

Dear Clerk:

Please be advised that I will be on vacation on the following dates in 2018: March 15-16; June 7-8; July 2-3, 5-6; November 19-21; and December 21, 24, 26-28. I will also be attending continuing legal education courses on the following dates in 2018: September 5-7. Pursuant to the local rules and the Lawyer's Creed, I would appreciate it if you would not set any hearings, trials, briefing deadlines, or oral arguments during or immediately after these dates.

All counsel of record are being served with a copy of this notice via electronic service.

Sincerely,

Bryan Rutherford

1376182   2294.30
*cc via eFiling:*
    Douglas R. Drucker
    drucker@druckerhopkins.com

    David Kallus
    kallus@kalluslaw.com

    Kirby D. Hopkins
    hopkins@druckerhopkins.com